1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  JOSEPH TARTAKOVSKY (CABN 282223)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 370-2413
7       FAX: (415) 436-7234
        Joseph.Tartakovsky@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:21-CR-00160-RS |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| JESUS ASCENCIO RAMIREZ, | |
| Defendant. | |

It is hereby requested by counsel for defendant Jesus Ascencio Ramirez and the United States, that the status hearing scheduled for May 11, 2021 at 2:30 p.m. be rescheduled for May 25, 2021 at 2:30 p.m. The reasons for this request are as follows: The defense is reviewing voluminous discovery provided by the government.

The parties further stipulate and request that, under the Speedy Trial Act, the Court exclude time from May 11, 2021 until May 25, 2021. The defense is reviewing the discovery produced by the government. An exclusion is therefore appropriate under 18 U.S.C. § 3161(h)(7)(B)(iv), continuity of counsel and effective preparation of counsel, taking into account the exercise of due diligence. An exclusion of time from May 11, 2021 to May 25, 2021 is also appropriate under 18 U.S.C. § 3161(h)(7)(B)(iv), as the ends of justice served the granting of such continuance outweigh the best

interest of the public and the defendant in a speedy trial.

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for defendant, Jesus Ascencio Ramirez, to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: April 29, 2021  /s/ Joseph Tartakovsky
JOSEPH TARTAKOVSKY
Assistant United States Attorney

DATED: April 29, 2021  /s/ Sophia Whiting
SOPHIA WHITING
Counsel for Defendant Jesus Ramirez

|   |   |
|---|---|
| 1 | **ORDER** |
| 2 | Based upon the facts set forth in the stipulation of the parties and for good cause shown, the |
| 3 | Court reschedules the status hearing scheduled for May 11, 2021 at 2:30 p.m. and schedules a status |
| 4 | hearing for May 25, 2021 at 2:30 p.m. |
| 5 | The Court further finds that failing to exclude the time from May 11, 2021 until May 25, 2021 |
| 6 | would unreasonably deny defense counsel and the defendants the reasonable time necessary for effective |
| 7 | preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The |
| 8 | Court further finds that the ends of justice served by excluding the time from May 11, 2021 until May |
| 9 | 25, 2021 from computation under the Speedy Trial Act outweigh the best interests of the public and the |
| 10 | defendants in a speedy trial. |
| 11 | Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from |
| 12 | May 11, 2021 until May 25, 2021 shall be excluded from computation under the Speedy Trial Act. 18 |
| 13 | U.S.C. § 3161(h)(7)(A), (B)(iv). |
| 14 | IT IS SO ORDERED. |

DATED: April 29, 2021

HON. RICHARD SEEBORG
Chief United States District Judge