1  GEOFFREY HANSEN
   Acting Federal Public Defender
2  Northern District of California
   SOPHIA WHITING
3  Assistant Federal Public Defender
   19th Floor Federal Building - Box 36106
4  450 Golden Gate Avenue
   San Francisco, CA 94102
5  Telephone:  (415) 436-7700
6  Facsimile:   (415) 436-7706
   Email:        Sophia_Whiting@fd.org

8  Counsel for Defendant RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR 21-00160 RS |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING SENTENCING HEARING |
| v. | |
| JESUS ASCENCIO RAMIREZ, | |
| Defendant. | |

     Jesus Ascencio Ramirez's sentencing hearing is scheduled for October 8, 2021. The defense requests additional time to confer with the government on a few matters before proceeding to sentencing, which has in part been delayed due to defense counsel's recent travel schedule and unforeseen illness. The parties therefore respectfully request that the October 8, 2021, sentencing date be continued to November 2, 2021, at 9:30 a.m. in person.

     IT IS SO STIPULATED.

| | |
|---|---|
| October 1, 2021<br>Dated | STEPHANIE HINDS<br>Acting United States Attorney<br>Northern District of California |
| | /S<br>JOSEPH TARTAKOVSKY<br>Assistant United States Attorney |
| October 1, 2021<br>Dated | GEOFFREY HANSEN<br>Acting Federal Public Defender<br>Northern District of California |
| | /S<br>SOPHIA WHITING<br>Assistant Federal Public Defender |

IT IS SO ORDERED.

October 1, 2021
Dated

RICHARD SEEBORG
United States District Judge

STIPULATION TO EXCLUDE TIME, REQUEST TO CONTINUE HEARING, AND [PROPOSED] ORDER   2